AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Amy M. Rogers a/k/a Amy M. King )<br>*Plaintiff* )<br>v. )<br>Commissioner of Social Security )<br>*Defendant* ) | Civil Action No.   1:13-cv-2327-BHH-SVH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: <u>The decision of the Commissioner of Social Security to deny benefits is reversed and this action is remanded for further administrative action.</u>

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ <u>Decided by the Honorable Bruce Howe Hendricks, United States District Judge, who adopted the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, reversing the decision of the Commissioner to deny benefits and remanding for further administrative action.</u>

Date:   October 28, 2014

*CLERK OF COURT*

s/Caitlin M. Williams

*Signature of Clerk or Deputy Clerk*